**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:09-MJ-089 EFB
     )
JOHN MATTHEW RAY

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JOHN MATTHEW RAY**

Detained at (custodian): Richard J. Donovan Correctional Facility

Detainee is:    a.)    ☒ charged in this district by:
    ☐ Indictment      ☒ Information      ☐ Complaint
Charging Detainee With: **18 U.S.C. § 1856 - Allowing a Fire to Burn out of Control; 16 U.S.C. § 551 and 36 C.F.R. § 261.5(e) - Allowing a Fire to Escape from Control**

   or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☐ return to the custody of detaining facility upon termination of proceedings
   or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **before Magistrate Judge Edmund F. Brennan on** May 18, 2009, at 10:00 a.m. in the Eastern District of California.*

Signature: /s/ PHILLIP A. TALBERT for
Printed Name & Phone No: **SAMANTHA S. SPANGLER, AUSA, 916-554-2792**
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**

    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 18, 2009*, at 10:00 a.m., before Magistrate Judge Edmund F. Brennan, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 6, 2009
Date                              United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | G-24453 | DOB: | 1967 |
| Facility Address: | 480 Alta Road | Race: | White |
| | San Diego, CA 92179 | FBI #: | 955162FA2 |
| Facility Phone: | (619) 661-6500 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____      _____
                                                                             (Signature)

Form Crim-48                                                            Revised 11/19/97