FILED
May 10, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                    Plaintiff,              )<br>v.                                                      )<br>                                                          )<br>JOHN MATTHEW RAY,                    )<br>                                                          )<br>                    Defendant.           ) | Case No. Mag. 09-0089-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN MATTHEW RAY, Case No. Mag. 09-0089-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_    Release on Personal Recognizance

    ___    Bail Posted in the Sum of: $

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with Surety

            ___    (Other) Conditions as stated on the record.

            ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   05-10-10   at 10:20 a.m.

By   /s/ Edmund F. Brennan
       Edmund F. Brennan
       United States Magistrate Judge